UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOV 2 2 2011

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ADOLFO RIVERA-DURAN (1),

     Defendant.

CASE NO. 11CR4414-L

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) on the Information of:

21:952 and 960

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/21/11

_____
LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____